AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Residents for Sane Trash Solutions, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   12-cv-8456 (PAC) |
| U.S. Army Corps of Engineers, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The City of New York and The New York City Departments of Sanitation & Design and Construction.

Date: 12/3/2012

*Attorney's signature*

Carrie Noteboom (CN 7173)
*Printed name and bar number*

New York City Law Department
100 Church Street
New York, New York 10007

*Address*

cnoteboo@law.nyc.gov
*E-mail address*

(212) 788-0771
*Telephone number*

(212) 788-1619
*FAX number*