```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 13, 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Residents for Sane Trash Solutions, Inc., et al.,

                Plaintiffs,

 -against-

United States Army Corps of Engineers, et al.,

                Defendants.
------------------------------------------------------------X

1: 12 Civ 8456 (PAC)
*Related Case No: 1: 12 Civ 8458 (PAC)*
ORDER DESIGNATING CASE
FOR INCLUSION IN PILOT
PROJECT REGARDING
CASE MANAGEMENT
TECHNIQUES FOR
FOR COMPLEX CIVIL CASES

1. This case is hereby designated for inclusion in the Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York (the "Pilot Project").

2. This case is designated for inclusion in the Pilot Project because it is related to a case with one of the Nature of Suit categories: 160, 245, 315, 355, 365, 385, 410, 830, 840, 850, 893, or 950.

3. The parties are directed to the court's website for a description of the Pilot Project, including procedures to be followed, at www.nysd.uscourts.gov.

Dated: December 13, 2012
       New York, New York

SO ORDERED:

_____
Paul A. Crotty
United States District Judge