

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

January 17, 2013



USDC SDNY
DOCUMENT
... ALLY FILED
...
DATE ...  1-22-13

<u>By E-Mail (crottynysdchambers@nysd.uscourts.gov)</u>
The Honorable Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Residents for Sane Trash Solutions, Inc. et al. v.*
*United States Army Corps of Engineers et al.*,
12 Civ. 8456 (PAC)

*Kellner et al. v. United States Army Corps of*
*Engineers et al.*, 12 Civ. 8458 (PAC)

Dear Judge Crotty:

This Office represents defendants the United States Army Corps of Engineers and Colonel Paul E. Owen (collectively, "USACE") in the above-referenced, related matters. We write respectfully to request a one-week extension of time to answer or otherwise respond to the complaints in these matters, from January 22, 2013 until January 29, 2013. This is USACE's first request for an extension. Additionally, in the interest of maintaining a coordinated schedule, defendants the City of New York, the City of New York Department of Sanitation, and the City of New York Department of Design and Construction (collectively, the "City") join in this extension request.[1] Plaintiffs in both matters consent to an extension.

SO ORDERED

/s/ Paul A. Crotty  1-22-13
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

---

[1] The Court previously extended the City's time to answer until January 22, 2013. (*Sane Trash Solutions*, Dkt. No. 7; *Kellner*, Dkt. No. 11.)

We thank the Court for its consideration of this letter.

                                        Respectfully,

                                        PREET BHARARA
                                        United States Attorney for the
                                        Southern District of New York

By:      _____
                                        CHRISTOPHER CONNOLLY
                                        Assistant United States Attorney
                                        86 Chambers Street
                                        New York, New York 10007
                                        Tel.: (212) 637-2761
                                        Fax: (212) 637-2786
                                        E-mail: christopher.connolly@usdoj.gov

cc:    **By E-Mail**
       Charles C. Platt, Esq. (charles.platt@wilmerhale.com)
       Jennifer Rimm, Esq. (jennifer.rimm@wilmerhale.com)
       Michael D. Gottesman, Esq. (michael.gottesman@wilmerhale.com)

       Jeffrey Louis Braun, Esq. (jbraun@kramerlevin.com)
       Karen Leo Mintzer, Esq. (kmintzer@kramerlevin.com)
       Kerri Beth Folb, Esq. (kfolb@kramerlevin.com)

       Carrie Elizabeth Noteboom, Esq. (cnoteboo@law.nyc.gov)