UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
...............................................................x
RESIDENTS FOR SANE TRASH SOLUTIONS, INC., CONGRESSWOMAN CAROLYN B. MALONEY, JED H. GARFIELD, ELLIOT MERBERG, LEANNE MOORE, PHILIP OPHER, LORRAINE JOHNSON, HAROLD S. POSTER and SUSAN J. MILLER,

          Plaintiffs,

  v.

UNITED STATES ARMY CORPS OF ENGINEERS, THE CITY OF NEW YORK DEPARTMENT OF DESIGN AND CONSTRUCTION and THE CITY OF NEW YORK,

          Defendants.
...............................................................x

**ECF CASE**

12 Civ. 8456 (PAC)

<u>NOTICE OF APPEARANCE</u>

TO:    Clerk of Court
        United States District Court
        Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case on behalf of defendant United States Army Corps of Engineers, and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:    New York, New York
          January 29, 2013

                        Respectfully submitted,

                        PREET BHARARA
                        United States Attorney for the
                        Southern District of New York

        By:    /s/ Christopher Connolly
              CHRISTOPHER CONNOLLY
              Assistant United States Attorney
              86 Chambers Street
              New York, New York 10007
              Tel.: (212) 637-2761
              Fax: (212) 637-2786
              E-mail: christopher.connolly@usdoj.gov