# KRAMER LEVIN NAFTALIS & FRANKEL LLP

JEFFREY L. BRAUN
PHONE 212-715-7830
FAX 212-715-8285
JBRAUN@KRAMERLEVIN.COM

February 11, 2013



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-11-13

BY E-MAIL
CrottyNYSDChambers@nysd.uscourts.gov
Marlon_Ovalles@nysd.uscourts.gov

The Honorable Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan United States
Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   Kellner, et al. v. U.S. Army Corps of Engineers, et al., 12 Civ. 8458 (PAC)

Residents for Sane Trash Solutions, Inc., et al. v. U.S. Army Corps of Engineers, et al., 12 Civ. 8456 (PAC)

SO ORDERED: 2-11-13

/s/ Paul A. Crotty
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Dear Judge Crotty:

      We represent the plaintiffs in *Kellner* and are writing on behalf of the plaintiffs in both actions. Plaintiffs' counsel in both actions previously advised Your Honor that we would amend the complaints, and that the deadline for doing so under Rule 15(a) is February 19.

      Counsel subsequently learned that the Federal Emergency Management Agency ("FEMA") intends to publish new flooding maps for Manhattan on February 24. Counsel for plaintiffs in both actions believe that these new maps may be relevant to the forthcoming amendments to our complaints. We therefore jointly request that the Court allow a two-week extension, until March 5, 2013, of plaintiffs' time to amend their complaints. This extension would avoid the possibility that plaintiffs would file amended complaints on February 19 and then shortly thereafter seek permission to amend again.



MEMO ENDORSED

1177 AVENUE OF THE AMERICAS   NEW YORK NY 10036-2714   PHONE 212.715.9100   FAX 212.715.8000
990 MARSH ROAD   MENLO PARK CA 94025-1949   PHONE 650.752.1700   FAX 650.752.1800
47 AVENUE HOCHE   75008 PARIS FRANCE   PHONE (33-1) 44 09 46 00   FAX (33-1) 44 09 46 01
WWW.KRAMERLEVIN.COM

KL3 2914427.1

KRAMER LEVIN NAFTALIS & FRANKEL LLP

The Honorable Paul A. Crotty
February 11, 2013
Page 2

  Plaintiffs have discussed this request with the Assistant U.S. Attorney and the Assistant Corporation Counsel handling these cases for defendants, and they consent to the proposed two-week extension.

          Respectfully submitted,

          Jeffrey L. Braun

JLB:ar

cc: Christopher K. Connolly, Esq.
   Carrie Noteboom, Esq.
   Charles C. Platt, Esq.
   Albert K. Butzel, Esq.