UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

RESIDENTS FOR SANE TRASH SOLUTIONS, :
INC., CONGRESSWOMAN CAROLYN B.
MALONEY, JED H. GARFIELD, ELLIOT :
MERBERG, LEANNE MOORE, PHILIP OPHER,
LORRAINE JOHNSON, HAROLD S. POSTER  : Case No.: 12-cv-08456-PAC
and SUSAN J. MILLER,
                                    :
            Plaintiffs,
                                    :
    vs.
                                    :
UNITED STATES ARMY CORPS OF
ENGINEERS, THE CITY OF NEW YORK     :
DEPARTMENT OF SANITATION, THE CITY
OF NEW YORK DEPARTMENT OF DESIGN    :
AND CONSTRUCTION and THE CITY OF NEW
YORK,                               :

            Defendants.             :
------------------------------------x

PLEASE TAKE NOTICE that Scott Bernstein of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 1875 Pennsylvania Avenue NW, Washington, DC 20006, hereby appears on behalf of Plaintiffs Residents for Sane Trash Solutions, Inc., Congresswoman Carolyn B. Maloney, Jed H. Garfield, Elliot Merberg, Leanne Moore, Philip Opher, Lorraine Johnson, Harold S. Poster and Susan J. Miller in the above-captioned action.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       February 13, 2013

                                    WILMER CUTLER PICKERING
                                    HALE AND DORR LLP

                                    By:/s/ Scott Bernstein
                                       Scott Bernstein
                                       1875 Pennsylvania Avenue NW
                                       Washington, DC 20006

Tel.: (202) 663-6764
Fax: (202) 663-6363

*Attorneys for Plaintiffs Residents for Sane Trash Solutions, Inc., Congresswoman Carolyn B. Maloney, Jed H. Garfield, Elliot Merberg, Leanne Moore, Philip Opher, Lorraine Johnson, Harold S. Poster and Susan J. Miller*