

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd Floor
New York, New York 10007

May 30, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-3-13

**By E-Mail (crottynysdchambers@nysd.uscourts.gov;**
**marlon_ovalles@nysd.uscourts.gov)**
The Honorable Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:  *Residents for Sane Trash Solutions, Inc. et al. v.*
           *United States Army Corps of Engineers et al.*,
           12 Civ. 8456 (PAC)

           *Kellner et al. v. United States Army Corps of*
           *Engineers et al.*, 12 Civ. 8458 (PAC)

Dear Judge Crotty:

       This Office represents defendants the United States Army Corps of Engineers and Colonel Paul E. Owen (collectively, "USACE") in the above-referenced, related matters. Currently, USACE's deadline to file the administrative record is Friday, May 31, 2013, and the next pretrial conference is scheduled for Thursday, June 20, 2013 at 4:45 p.m. Respectfully, and with the consent of the parties in both matters, we write to request a two-week extension of USACE's time to file the administrative record, until Friday, June 14, 2013. The additional time will allow USACE to complete its processing and indexing of the record, which is voluminous. Additionally, in order to provide the plaintiffs with sufficient time to review the administrative record, we ask that the June 20, 2013 pretrial conference be rescheduled to a later date that is convenient for the Court.

Application is GRANTED. The PTC is adjourned to 7/2/13 at 2:00pm in Courtroom 14-D.

SO ORDERED: 6-3-13

*/s/ Paul A. Crotty*

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

*MEMO ENDORSED*

We thank the Court for its consideration of this letter.

                              Respectfully,

                              PREET BHARARA
                              United States Attorney for the
                              Southern District of New York

By:                                

                              CHRISTOPHER CONNOLLY
                              Assistant United States Attorney
                              86 Chambers Street
                              New York, New York 10007
                              Tel.: (212) 637-2761
                              Fax: (212) 637-2786
                              E-mail: christopher.connolly@usdoj.gov

cc:    **By E-Mail**
       Charles C. Platt, Esq. (charles.platt@wilmerhale.com)
       Jennifer Rimm, Esq. (jennifer.rimm@wilmerhale.com)
       Michael D. Gottesman, Esq. (michael.gottesman@wilmerhale.com)
       Albert K. Butzel, Esq. (akbutzel@gmail.com)

       Jeffrey Louis Braun, Esq. (jbraun@kramerlevin.com)
       Karen Leo Mintzer, Esq. (kmintzer@kramerlevin.com)
       Kerri Beth Folb, Esq. (kfolb@kramerlevin.com)

       Carrie Elizabeth Noteboom, Esq. (cnoteboo@law.nyc.gov)