

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street, 3rd Floor
New York, New York 10007

June 14, 2013

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #
> DATE FILED: 6-18-13

**By Hand Delivery**
The Honorable Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  *Residents for Sane Trash Solutions, Inc,. et al. v.
United States Army Corps of Engineers, et al.*,
12 Civ. 8456 (PAC)

*Kellner, et al. v. United States Army Corps of
Engineers, et al.*, 12 Civ. 8458 (PAC)

Dear Judge Crotty:

This Office represents defendants the United States Army Corps of Engineers and Colonel Paul E. Owen (collectively, "USACE") in the above-referenced, related matters. Enclosed is a courtesy copy of the certification of the administrative records, a copy of the administrative records in electronic format, and the index thereto. These materials are also being provided by Federal Express to counsel of record in both matters. If the Court would prefer the administrative records in hard copy format, we are happy to provide a copy upon request.

In light of the volume of material contained in the administrative records, USACE respectfully requests that the Court endorse this letter allowing USACE leave to file the administrative records with the clerk of the court in electronic format.

**The Court does not require a hard copy of the administrative records at this time. The Government is authorized to file the administrative records with the Clerk of Court in electronic format. It may do so by filing CD-ROM's of the administrative records with the Clerk's Office or by filing pdf's on ECF.**

SO ORDERED:

*/s/ Paul Crotty*    6-18-13

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED

We thank the Court for its consideration of this letter.

                                          Respectfully,

                                          PREET BHARARA
                                          United States Attorney for the
                                          Southern District of New York

By:          /s/ Christopher Connolly
                                          CHRISTOPHER CONNOLLY
                                          Assistant United States Attorney
                                          86 Chambers Street
                                          New York, New York 10007
                                          Tel.: (212) 637-2761
                                          Fax: (212) 637-2786
                                          E-mail: christopher.connolly@usdoj.gov

Enclosure

**cc:** **By E-Mail (w/o enclosure)**
     Charles C. Platt, Esq. (charles.platt@wilmerhale.com)
     Jennifer Rimm, Esq. (jennifer.rimm@wilmerhale.com)
     Michael D. Gottesman, Esq. (michael.gottesman@wilmerhale.com)
     Scott S. Bernstein, Esq. (scott.bernstein@wilmerhale.com)

     Jeffrey Louis Braun, Esq. (jbraun@kramerlevin.com)
     Karen Leo Mintzer, Esq. (kmintzer@kramerlevin.com)
     Kerri Beth Folb, Esq. (kfolb@kramerlevin.com)

     Carrie Elizabeth Noteboom, Esq. (cnoteboo@law.nyc.gov)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
RESIDENTS FOR SANE TRASH SOLUTIONS, INC., *et al.*, :
:
Plaintiffs, :
:
v.                                                                      :                12 Civ. 8456 (PAC)
:
UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*, :
:
Defendants. :
------------------------------------------------------------------------ x
------------------------------------------------------------------------ x
NEW YORK STATE ASSEMBLY MEMBER MICAH Z. :
KELLNER, *et al.*, :
:
Plaintiffs, :
:
v.                                                                      :                12 Civ. 8458 (PAC)
:
UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*, :
:
Defendants. :
------------------------------------------------------------------------ x

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Naomi Handell, Project Manager for the United States Army Corps of Engineers ("USACE"), New York District, Regulatory Branch-Eastern Section, hereby certify that the enclosed disk contains the administrative record upon which USACE based its decision to issue Permit Number NAN-2008-00927 to the New York City Department of Sanitation (the "Permit") on July 20, 2012. That record consists of documents Bates-numbered USACE 1 through USACE 11413. I further certify that the enclosed disk contains the administrative record upon which USACE based its decision to deny requests to reevaluate its issuance of the Permit. That record consists of the administrative record concerning issuance of the Permit, as well as additional documents Bates-numbered USACE 11414 through USACE 11469. I base this Certification on my personal involvement with USACE's decision to issue the Permit and related post-permitting decisions, as well as my personal involvement with the compilation and review of the documents comprising the enclosed administrative records.

Dated:  New York, New York
        June 11, 2013

*[signature: Naomi Handell]*

Naomi Handell
Project Manager
U.S. Army Corps of Engineers
New York District
Regulatory Branch-Eastern Section
26 Federal Plaza, Room 1937
New York, New York 10278

2

# INDEX TO THE ADMINISTRATIVE RECORDS[1]

*Residents for Sane Trash Solutions, Inc., et al. v. United States Army Corps of Engineers, et al.*,
12 Civ. 8456 (PAC)

*Kellner, et al. v. United States Army Corps of Engineers, et al.*, 12 Civ. 8458 (PAC)

## ADMINISTRATIVE RECORD FOR UNITED STATES ARMY CORPS OF ENGINEERS ("USACE") DECISION TO ISSUE PERMIT NUMBER NAN-2008-00927 (THE "PERMIT") ON JULY 20, 2012

Permit NAN-2008-00927 dated July 20, 2012 ................................. USACE 1- USACE 94

Memorandum for Record dated July 20, 2012 .............................. USACE 95- USACE 248

Additional record documents, 2012 ............................................ USACE 249- USACE 1337

Additional record documents, 2011 .......................................... USACE 1338- USACE 2465

Additional record documents, 2008-2012 ................................. USACE 2466- USACE 4984

Public comment, 2012 .............................................................. USACE 4985- USACE 7936

Public comment, 2011 .............................................................. USACE 7937- USACE 9967

Public comment, 2006-2008 .................................................... USACE 9968- USACE 10224

Records relating to public hearing held on
September 16, 2008 ............................................................... USACE 10225- USACE 11379

Public comment indexes ....................................................... USACE 11380- USACE 11413

---

[1] This index is not part of the administrative records, but instead is prepared for the convenience of the Court and the parties.

## ADMINISTRATIVE RECORD FOR USACE DECISION TO DENY REQUESTS TO REEVALUATE THE PERMIT[2]

Letter from USACE to Jeffrey L. Braun, Esq.
dated June 13, 2013 ................................................................ USACE 11414- USACE 11415

Letter from USACE to Albert K. Butzel, Esq.
dated June 13, 2013 ................................................................ USACE 11416- USACE 11417

Memorandum for Record signed between May 21, 2013
and June 13, 2013 with attachments ..................................... USACE 11418- USACE 11429

Letter from Deputy Mayor Cas Holloway to
Hon. Liz Krueger dated March 21, 2013 ............................. USACE 11430- USACE 11432

Memorandum for Record dated March 21, 2013 ................. USACE 11433- USACE 11436

Letter from Jeffrey L. Braun, Esq. to AUSA
Christopher Connolly dated January 23, 2013 ..................... USACE 11437- USACE 11441

Letter from Albert K. Butzel, Esq. to USACE
dated January 22, 2013 .......................................................... USACE 11442- USACE 11444

Letter from Hon. Liz Krueger to Mayor Michael
Bloomberg dated December 17, 2012 .................................. USACE 11445- USACE 11451

Letter from Jeffrey L. Braun, Esq. to USACE
dated December 12, 2012 ...................................................... USACE 11452- USACE 11466

Letter from Albert K. Butzel, Esq. to USACE
dated December 7, 2012 ........................................................ USACE 11467- USACE 11469

---

[2] This record incorporates the record concerning issuance of the Permit described above.