# WILMERHALE

June 26, 2013

**VIA EMAIL**

The Honorable Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312
CrottyNYSDChambers@nysd.uscourts.gov, Marlon_Ovalles@nysd.uscourts.gov

> Re: *Residents for Sane Trash Solutions, Inc., et al. v. U.S. Army Corps of Engineers, et al.*, No. 12 Civ. 8456 (PAC) ("*Sane Trash*"); *Kellner, et al. v. U.S. Army Corps of Engineers, et al.*, No. 12 Civ. 8458 (PAC) ("*Kellner*")

Dear Judge Crotty:

I write on behalf of the *Sane Trash* and *Kellner* plaintiffs to request an adjournment of the court conference currently scheduled for July 2, 2013 to allow us additional time to review the administrative record before the conference. Opposing counsel have consented to this request. In case it is helpful to the Court, we have determined that counsel for all parties are available for a conference on July 10, 11, and 12; on July 12, counsel are available after 1:30 p.m. Please note that Ms. Noteboom, counsel for the City defendants, is unavailable the week of July 15.

Respectfully submitted,

Michael Gottesman

cc: Christopher K. Connolly, Esq.
Carrie Noteboom, Esq.
Jeffrey L. Braun, Esq.
Karen L. Mintzer, Esq.
Kerri B. Folb, Esq.

MEMO ENDORSED

Application GRANTED. The conference is adjourned to 7/10/13 at 2:45pm in Courtroom 11D.

SO ORDERED: 6-27-13

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE