```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-15-13
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd Floor
New York, New York 10007

July 12, 2013

**By E-Mail (crottynysdchambers@nysd.uscourts.gov;
marlon_ovalles@nysd.uscourts.gov)**
The Honorable Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**SO ORDERED:** 7-15-13

*/s/ Paul Crotty*

HON. PAUL A. CROTTY
**UNITED STATES DISTRICT JUDGE**

Re: *Residents for Sane Trash Solutions, Inc., et al. v.
United States Army Corps of Engineers, et al.,*
12 Civ. 8456 (PAC)

*Kellner, et al. v. United States Army Corps of
Engineers, et al.,* 12 Civ. 8458 (PAC)

Dear Judge Crotty:

    This Office represents defendants the United States Army Corps of Engineers and Colonel Paul E. Owen (together, "USACE") in the above-referenced, related matters. We write respectfully on behalf of the parties to request that the Court endorse the following briefing schedule:

- Friday, September 20, 2013: Deadline for all parties to cross-move for summary judgment, and for the City Defendants to move for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c).

- Friday, November 8, 2013: Deadline for all parties to oppose motions for summary judgment, and for the plaintiffs to oppose the City Defendants' motion for judgment on the pleadings.

- Friday, December 13, 2013: Deadline for all parties to reply in further support of their respective motions for summary judgment, and for the City Defendants to reply in further support of their motion for judgment on the pleadings.



In addition, the parties are still discussing the nature and extent of any request for permission to file oversized briefs, and will write to the Court promptly once they have agreed on such a request.

We thank the Court for its consideration of this letter.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: _____
CHRISTOPHER CONNOLLY
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel.: (212) 637-2761
Fax: (212) 637-2786
E-mail: christopher.connolly@usdoj.gov

cc: *All counsel* (by e-mail)