

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

September 13, 2013

**By ECF**
The Honorable Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> Re: *Residents for Sane Trash Solutions, Inc., et al. v. United States Army Corps of Engineers, et al.*, 12 Civ. 8456 (PAC)
>
> *Kellner, et al. v. United States Army Corps of Engineers, et al.*, 12 Civ. 8458 (PAC)

Dear Judge Crotty:

      This Office represents defendants the United States Army Corps of Engineers and Colonel Paul E. Owen (collectively, "USACE") in the above-referenced, related matters. Currently, the schedule for the parties to cross-move for summary judgment is as follows: opening briefs due September 20, 2013; opposition briefs due November 8, 2013; and reply briefs due December 13, 2013.

      Owing to the press of business, and with the consent of the parties in both matters, we write respectfully to request a one-week extension of the parties' briefing deadlines: opening briefs due September 27, 2013; opposition briefs due November 15, 2013; and reply briefs due December 20, 2013. This is USACE's first request for an extension of the briefing schedule.

We thank the Court for its consideration of this letter.

        Respectfully,

        PREET BHARARA
        United States Attorney for the
        Southern District of New York

By:   /s/ Christopher Connolly
        CHRISTOPHER CONNOLLY
        Assistant United States Attorney
        86 Chambers Street
        New York, New York 10007
        Tel.: (212) 637-2761
        Fax: (212) 637-2786
        E-mail: christopher.connolly@usdoj.gov

cc: **By ECF**
Charles C. Platt, Esq. (charles.platt@wilmerhale.com)
Jennifer Rimm, Esq. (jennifer.rimm@wilmerhale.com)
Michael D. Gottesman, Esq. (michael.gottesman@wilmerhale.com)
Scott S. Bernstein, Esq. (scott.bernstein@wilmerhale.com)

Jeffrey Louis Braun, Esq. (jbraun@kramerlevin.com)
Karen Leo Mintzer, Esq. (kmintzer@kramerlevin.com)
Kerri Beth Folb, Esq. (kfolb@kramerlevin.com)

Carrie Elizabeth Noteboom, Esq. (cnoteboo@law.nyc.gov)