

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

September 13, 2013

**By ECF**
The Honorable Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

SO ORDERED: 9-16-13

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re: *Residents for Sane Trash Solutions, Inc., et al. v. United States Army Corps of Engineers, et al.*, 12 Civ. 8456 (PAC)

*Kellner, et al. v. United States Army Corps of Engineers, et al.*, 12 Civ. 8458 (PAC)

Dear Judge Crotty:

This Office represents defendants the United States Army Corps of Engineers and Colonel Paul E. Owen (collectively, "USACE") in the above-referenced, related matters. Currently, the schedule for the parties to cross-move for summary judgment is as follows: opening briefs due September 20, 2013; opposition briefs due November 8, 2013; and reply briefs due December 13, 2013.



Owing to the press of business, and with the consent of the parties in both matters, we write respectfully to request a one-week extension of the parties' briefing deadlines: opening briefs due September 27, 2013; opposition briefs due November 15, 2013; and reply briefs due December 20, 2013. This is USACE's first request for an extension of the briefing schedule.

**MEMO ENDORSED**

We thank the Court for its consideration of this letter.

Respectfully,

PREET BHARARA
United States Attorney for the
Southern District of New York

By:   /s/ Christopher Connolly
CHRISTOPHER CONNOLLY
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel.: (212) 637-2761
Fax: (212) 637-2786
E-mail: christopher.connolly@usdoj.gov

cc:   **By ECF**
Charles C. Platt, Esq. (charles.platt@wilmerhale.com)
Jennifer Rimm, Esq. (jennifer.rimm@wilmerhale.com)
Michael D. Gottesman, Esq. (michael.gottesman@wilmerhale.com)
Scott S. Bernstein, Esq. (scott.bernstein@wilmerhale.com)

Jeffrey Louis Braun, Esq. (jbraun@kramerlevin.com)
Karen Leo Mintzer, Esq. (kmintzer@kramerlevin.com)
Kerri Beth Folb, Esq. (kfolb@kramerlevin.com)

Carrie Elizabeth Noteboom, Esq. (cnoteboo@law.nyc.gov)