

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

September 25, 2013

**By ECF**
The Honorable Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re: *Residents for Sane Trash Solutions, Inc., et al. v.*
        *United States Army Corps of Engineers, et al.*,
        12 Civ. 8456 (PAC)

        *Kellner, et al. v. United States Army Corps of*
        *Engineers, et al.*, 12 Civ. 8458 (PAC)

Dear Judge Crotty:

   This Office represents defendants the United States Army Corps of Engineers and Colonel Paul E. Owen (collectively, "USACE") in the above-referenced, related matters. By Order dated September 16, 2013 (*Residents for Sane Trash Solutions*, Dkt. # 41), the Court granted USACE's request for an extension of the parties' briefing schedule for their cross-motions for summary judgment as follows: opening briefs due September 27, 2013; opposition briefs due November 15, 2013; and reply briefs due December 20, 2013.

   Respectfully, and with the consent of the parties, we write to request a further two-week extension of the parties' deadline to submit their opening briefs, until Friday, October 11, 2013, while leaving the other dates in the briefing schedule as currently set. We make this request owing to the press of business and this Office's need to further coordinate with USACE concerning the anticipated submission.  At this time, the parties do not seek an extension of the deadlines for their opposition and reply briefs, but have agreed to confer and jointly request an extension of those dates if they determine that such a request is appropriate.

We thank the Court for its consideration of this letter.

          Respectfully,

          PREET BHARARA
          United States Attorney for the
          Southern District of New York

By:   /s/ Christopher Connolly
          CHRISTOPHER CONNOLLY
          Assistant United States Attorney
          86 Chambers Street
          New York, New York 10007
          Tel.: (212) 637-2761
          Fax: (212) 637-2786
          E-mail: christopher.connolly@usdoj.gov

**cc:** **By ECF**
Charles C. Platt, Esq. (charles.platt@wilmerhale.com)
Jennifer Rimm, Esq. (jennifer.rimm@wilmerhale.com)
Michael D. Gottesman, Esq. (michael.gottesman@wilmerhale.com)
Scott S. Bernstein, Esq. (scott.bernstein@wilmerhale.com)

Jeffrey Louis Braun, Esq. (jbraun@kramerlevin.com)
Karen Leo Mintzer, Esq. (kmintzer@kramerlevin.com)
Kerri Beth Folb, Esq. (kfolb@kramerlevin.com)

Carrie Elizabeth Noteboom, Esq. (cnoteboo@law.nyc.gov)