UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| RESIDENTS FOR SANE TRASH SOLUTIONS, INC., CONGRESSWOMAN CAROLYN B. MALONEY, JED H. GARFIELD, ELLIOT MERBERG, LEANNE MOORE, PHILIP OPHER, LORRAINE JOHNSON, HAROLD S. POSTER, and SUSAN J. MILLER, | : : : : | 12 Civ. 8456 (PAC) |
| Plaintiffs, | : | NOTICE OF MOTION |
| -against- | : : | |
| UNITED STATES ARMY CORPS OF ENGINEERS, THE NEW YORK CITY DEPARTMENT OF SANITATION, THE NEW YORK CITY DEPARTMENT OF DESIGN AND CONSTRUCTION, and THE CITY OF NEW YORK, | : : : : | |
| Defendants. | : : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that, upon Plaintiffs' Memorandum in Support of Plaintiffs' Partial Motion for Summary Judgment, Plaintiffs move this Court for an order granting Plaintiffs' motion for summary judgment on the Amended Complaint's First, Second, and Third Causes of Action.

Dated:  October 14, 2013

                                                s/ Charles C. Platt
                                       _____

CHARLES C. PLATT
MICHAEL D. GOTTESMAN
JENNIFER RIMM
SCOTT S. BERNSTEIN
Wilmer Cutler Pickering
 Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street

New York, NY 10007
Tel:  (212) 230-8800
Email:  charles.platt@wilmerhale.com

ALBERT K. BUTZEL
Albert K. Butzel Law Offices
249 West 34th Street, Suite 400
New York, NY 10001
Tel:  (212) 643-0375
Email:  akbutzel@gmail.com

*Attorneys for Residents for Sane Trash Solutions, Inc., Congresswoman Carolyn B. Maloney, Jed H. Garfield, Elliot Merberg, Leanne Moore, Philip Opher, Lorraine Johnson, Harold S. Poster, and Susan J. Miller*