UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

RESIDENTS FOR SANE TRASH SOLUTIONS, INC., et al.,

                                              Plaintiffs,

                  -against-

UNITED STATES ARMY CORPS OF ENGINEERS, et al.,

                                             Defendants.

**CITY DEFENDANTS' NOTICE OF MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS AND FOR SUMMARY JUDGMENT**

12 CV 8456 (PAC)

------------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that the upon the Declaration of Carrie Noteboom, dated October 23, 2013, and the exhibits attached thereto, City Defendants' Local Civil Rule 56.1 Statement, and the City Defendants' Memorandum of Law in Support of Their Motion for Partial Judgment on the Pleadings and for Summary Judgment, dated October 24, 2013, City Defendants will move this Court before the Honorable Paul A. Crotty, United States District Judge, Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007-1581, at a date and time to be designated by the Court, for an order, pursuant to Rules 12 and 56 of the Federal Rules of Civil Procedure, granting partial judgment on the pleadings and summary judgment to City Defendants.

Case 1:12-cv-08456-PAC   Document 54   Filed 10/24/13   Page 2 of 2

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the briefing schedule established by the parties and ordered by the Court, as extended by the Order of Judge Preska, "In re Stay of Certain Civil Cases Pending the Restoration of Department of Justice Funding," 13 Misc. 0334, dated October 1, 2013, Plaintiffs' opposition to the motion must be filed and served upon the undersigned no later than December 2, 2013, and any reply papers must be served and filed by January 6, 2014.

Dated:      New York, New York
            October 24, 2013

                                       **MICHAEL A. CARDOZO**
                                       Corporation Counsel of the
                                          City of New York
                                       Attorney for Defendant
                                       100 Church Street
                                       New York, New York 10007
                                       (212) 356-2319

By:     */s/ Carrie Noteboom*
        Carrie Noteboom (CN 7173)
        Assistant Corporation Counsel

To:     WILMER HALE
         Attorney for Plaintiffs Residents for Sane Trash Solutions et al.
         7 World Trade Center
         250 Greenwich Street
         New York, NY 10007
         Attn:   Michael Gottesman, Esq.
                  (212) 295-6248

         PREET BHARARA
         United States Attorney for the Southern District of New York
         Attorney for Defendants United States Army Corps of Engineers and Col. Paul E. Owen
         86 Chambers Street
         New York, NY 10007
         Attn:   Christopher Connolly, Esq.
                  (212) 637-2761