PREET BHARARA
United States Attorney for the
Southern District of New York
By: CHRISTOPHER CONNOLLY
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel.: (212) 637-2761
Fax: (212) 637-2786
E-mail: christopher.connolly@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ x
RESIDENTS FOR SANE TRASH SOLUTIONS, INC., *et al.*,   :
:
        Plaintiffs,   :
:
        v.   :   12 Civ. 8456 (PAC)
:
UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*,   :
:
        Defendants.   :
------------------------------------------------------------------------ x
------------------------------------------------------------------------ x
NEW YORK STATE ASSEMBLY MEMBER MICAH Z.   :
KELLNER, *et al.*,   :
:
        Plaintiffs,   :
:
        v.   :   12 Civ. 8458 (PAC)
:
UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*,   :
:
        Defendants.   :
------------------------------------------------------------------------ x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the administrative record submitted on June 14, 2013 and supplemented on September 27, 2013, and all prior pleadings and proceedings herein, defendants the United States Army Corps of Engineers and Colonel Paul E. Owen (collectively, "USACE"), by their attorney, Preet Bharara, United States Attorney for the Southern District of New York, shall move this Court, before the Honorable Paul

A. Crotty, United States District Judge, in the United States Courthouse, 500 Pearl Street, New York, New York, for an order granting summary judgment on plaintiffs' claims against USACE.

Dated:   New York, New York
         October 28, 2013

                PREET BHARARA
                United States Attorney for the
                Southern District of New York

By:   /s/ Christopher Connolly
      CHRISTOPHER CONNOLLY
      Assistant United States Attorney
      86 Chambers Street
      New York, New York 10007
      Tel.: (212) 637-2761
      Fax: (212) 637-2786
      E-mail: christopher.connolly@usdoj.gov