

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

December 5, 2013

**By ECF**
The Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

>Re:  *Residents for Sane Trash Solutions v. U.S. Army Corps of Engineers*,
>12 Civ. 8456 (PAC)
>
>*Kellner v. U.S. Army Corps of Engineers*,
>12 Civ. 8458 (PAC)

Dear Judge Crotty:

      This Office represents defendants the United States Army Corps of Engineers and Colonel Paul E. Owen in the above-referenced related matters.  I am writing respectfully, with the consent of all parties, to request a brief extension of the current briefing schedule, such that (*i*) the parties' opposition briefs, currently due on December 11, 2013, will instead be due on December 23, 2013, and (*ii*) the parties' reply briefs, currently due on January 15, 2014, will be due on January 22, 2014.

      I make this request because the spouse of the Assistant U.S. Attorney assigned to this case has recently had a baby, and this happy development has made it difficult to complete the Government's opposition brief on the current schedule.  The other parties have been courteous enough to agree to this short extension in light of these circumstances.

I thank the Court for its consideration of this request.

          Respectfully submitted,

          PREET BHARARA
          United States Attorney for the
          Southern District of New York

By:   /s/ Robert William Yalen
      ROBERT WILLIAM YALEN
      Chief, Environmental Protection Unit
      86 Chambers Street
      New York, New York 10007
      Tel.: (212) 637-2761
      Fax: (212) 637-2786
      E-mail: robert.yalen@usdoj.gov

**cc:**    **By ECF**
       *All counsel*