AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York ▾

| | | |
|---|---|---|
| Residents for Sane Trash Solutions, Inc. et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   12 Civ. 8456 |
| U.S. Army Corps of Engineers, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The City of New York, NYC Dept. of Sanitation, and NYC Dept. of Design and Construction

Date:      02/11/2014

_____
*Attorney's signature*

Christopher Gene King (CK 5165)
*Printed name and bar number*
New York City Law Dept.
100 Church Street
New York, NY 10007

_____
*Address*

cking@law.nyc.gov
*E-mail address*

(212) 356-2074
*Telephone number*

(212) 356-2069
*FAX number*