UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Residents for Sane Trash Solutions, Inc., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>United States Army Corps of Engineers, et al.,<br><br>　　　　　Defendants. | Case No. 12-cv-08456-PAC<br><br>**Notice of Appearance** |

**TO THE CLERK OF THE THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE  that the undersigned hereby enters an appearance as counsel in the action for Plaintiffs Residents for Sane Trash Solutions, Inc., Congresswoman Carolyn B. Maloney, Jed H. Garfield, Elliot Merberg, Leanne Moore, Philip Opher, Lorraine Johnson, Harold S. Poster, and Susan J. Miller in the above-captioned action. I certify that I am admitted to practice in this Court.

Dated: New York, New York

　　　February 25, 2014

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING
　　　　　　　　　　　　　　　　　　　　　　HALE AND DORR LLP

　　　　　　　　　　　　　　　　　　　　　　/s/ Hanna Baek_____
　　　　　　　　　　　　　　　　　　　　　　Hanna Baek
　　　　　　　　　　　　　　　　　　　　　　Wilmer Cutler Pickering Hale and Dorr LLP
　　　　　　　　　　　　　　　　　　　　　　7 World Trade Center
　　　　　　　　　　　　　　　　　　　　　　250 Greenwich Street
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10007
　　　　　　　　　　　　　　　　　　　　　　Tel: (212) 230-8800

Fax: (212) 230-8888
E-Mail: Hanna.Baek@wilmerhale.com

*Counsel for Plaintiffs*
*Residents for Sane Trash Solutions, Inc., Congresswoman Carolyn B. Maloney, Jed H. Garfield, Elliot Merberg, Leanne Moore, Philip Opher, Lorraine Johnson, Harold S. Poster, and Susan J. Miller*