UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

RESIDENTS FOR SANE TRASH
SOLUTIONS, INC., et al.,

                    Plaintiffs,

          -against-

UNITED STATES ARMY CORPS OF
ENGINEERS, et al.,

                    Defendants.

------------------------------------------------------------X

NEW YORK STATE ASSEMBLY
MICAH Z. KELLNER, et al.,

                    Plaintiffs,

         -against-

UNITED STATES ARMY CORPS OF
ENGINEERS, et al.,

                    Defendants.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2014

12 **CIVIL** 8456 (PAC)

**JUDGMENT**

12 **CIVIL** 8458 (PAC)

**JUDGMENT**

      Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Paul A. Crotty, United States District Judge, and the Court, on July 10, 2014, having rendered its Opinion and Order denying Plaintiffs' motions for summary judgment, granting Defendants' motions for summary judgment in their entirety, also granting Defendants 12(c) motions for judgment on the pleading, dismissing Plaintiffs' claim with prejudice, and directing the Clerk of the Court to enter judgment and close this case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 10, 2014, Plaintiffs' motions for summary judgment is denied; Defendants' motions for summary judgment are granted in their entirety, also Defendants' 12(c) motions for judgment on the pleadings are granted, and Plaintiffs' claims are dismissed with

prejudice; accordingly, the case is closed.


**Dated:**  New York, New York

       July 14, 2014

                                    RUBY J. KRAJICK

                                    Clerk of Court

                BY: _____

                                    Deputy Clerk


**THIS DOCUMENT WAS ENTERED ON THE DOCKET ON** _____