UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RESIDENTS FOR SANE TRASH SOLUTIONS, INC.,   :
CONGRESSWOMAN CAROLYN B. MALONEY,
JED H. GARFIELD, ELLIOT MERBERG, LEANNE   :
MOORE, PHILIP OPHER, LORRAINE JOHNSON,
HAROLD S. POSTER and SUSAN J. MILLER,   :

                                              Plaintiffs,   :   Case No. 12- CV-8456 (PAC)
      -against-
                                                   :

UNITED STATES ARMY CORPS OF ENGINEERS,
THE CITY OF NEW YORK DEPARTMENT OF   :
SANITATION, THE CITY OF NEW YORK DEPART-
MENT OF DESIGN AND CONSTRUCTION and THE   :
CITY OF NEW YORK,

                                               :
                                  Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

     I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

     Plaintiffs RESIDENTS FOR SANE TRASH SOLUTIONS, INC., CONGRESSWOMAN CAROLYN B. MALONEY, JED H. GARFIELD, ELLIOT MERBERG, LEANNE MOORE, PHILIP OPHER, LORRAINE JOHNSON, HAROLD S. POSTER and SUSAN J. MILLER

Dated: September 10, 2014

                                                             */s/ Albert K. Butzel*
                                                              Albert K. Butzel
                                                              Albert K. Butzel Law Offices
                                                              249 West 34th Street, Suite 400
                                                              New York, NY 10001
                                                              Email: akbutzel@gmail.com
                                                              Tel: (212) 643-0375
                                                              Fax: (212) 643-0376