UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

RESIDENTS FOR SANE TRASH SOLUTIONS, INC., :
CONGRESSWOMAN CAROLYN B. MALONEY,
JED H. GARFIELD, ELLIOT MERBERG, LEANNE :
MOORE, PHILIP OPHER, LORRAINE JOHNSON,
HAROLD S. POSTER and SUSAN J. MILLER, :

                                     Plaintiffs, :   Case No. 12- CV-8456 (PAC)
      -against-
                                                          :

UNITED STATES ARMY CORPS OF ENGINEERS,
THE CITY OF NEW YORK DEPARTMENT OF :
SANITATION, THE CITY OF NEW YORK DEPART-
MENT OF DESIGN AND CONSTRUCTION and THE :
CITY OF NEW YORK,

                                                          :
                                     Defendants.
------------------------------------------------------x

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the Plaintiffs in the above named case hereby appeal to the United States Court of Appeals for the Second Circuit from the Final Judgment entered in this action on July 14, 2014, inclusive of all prior orders and rulings incorporated, merged, or reflected in the Final Judgment. A true and correct copy of the Final Judgment is attached as Exhibit A.

DATED: September 10, 2014

                                                By: _____
                                                   Albert K. Butzel
                                                   Albert K. Butzel Law Offices
                                                   249 West 34th Street, Suite 400
                                                   New York, NY 10001
                                                   (212) 643-0375
                                                   akbutzel@gmail.com

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2014
```

-------------------------------------------------------X
RESIDENTS FOR SANE TRASH
SOLUTIONS, INC., et al.,

               Plaintiffs,            12 **CIVIL** 8456 (PAC)

    -against-                             **JUDGMENT**

UNITED STATES ARMY CORPS OF
ENGINEERS, et al.,

               Defendants.
-------------------------------------------------------X
NEW YORK STATE ASSEMBLY
MICAH Z. KELLNER, et al.,

               Plaintiffs,            12 **CIVIL** 8458 (PAC)

    -against-                             **JUDGMENT**

UNITED STATES ARMY CORPS OF
ENGINEERS, et al.,

               Defendants.
-------------------------------------------------------X

      Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Paul A. Crotty, United States District Judge, and the Court, on July 10, 2014, having rendered its Opinion and Order denying Plaintiffs' motions for summary judgment, granting Defendants' motions for summary judgment in their entirety, also granting Defendants 12(c) motions for judgment on the pleading, dismissing Plaintiffs' claim with prejudice, and directing the Clerk of the Court to enter judgment and close this case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 10, 2014, Plaintiffs' motions for summary judgment is denied; Defendants' motions for summary judgment are granted in their entirety, also Defendants' 12(c) motions for judgment on the pleadings are granted, and Plaintiffs' claims are dismissed with

prejudice; accordingly, the case is closed.

**Dated:** New York, New York

July 14, 2014

**RUBY J. KRAJICK**

BY: _____
Clerk of Court

Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on the 9th day of September, 2014, I caused the above document to be served on all attorneys of record via electronic mail.

DATED:   September 10, 2014

*Albert K. Butzel*
Albert K. Butzel